UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

CATRINA GIPSON,
DONNA GIVENS,
BIANKA LOGIE,
VERNISHA JOLIVET,
EVELYN TAYLOR,
LARON TAYLOR,
LATRICE TAYLOR, and
RASCHELL TAYLOR,

    Defendants.

No. EDCR20-0075-JAK

I N D I C T M E N T

[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud; 18 U.S.C. § 1028A(a)(1): Aggravated Identity Theft]

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1349]

[ALL DEFENDANTS]

A. INTRODUCTORY ALLEGATIONS

    1.    At times relevant to this Indictment:

        a.    California's Employment Development Department ("California EDD") was the administrator of the federal unemployment insurance benefit program for the State of California.

b. California EDD provided unemployment insurance benefits to individuals whom California EDD determined were entitled to receive such benefits through debit cards, which were funded by California EDD and issued by Bank of America N.A.

c. California EDD's determination of whether individuals were entitled to receive unemployment insurance benefits relied, in part, on confirmations from the employer (from which the individual has been recently unemployed) that the employee had worked with the business.

d. Once a debit card for unemployment insurance benefits was issued, California EDD funded those debit cards by having funds drawn from the United States federal treasury in Washington, D.C., and wired those funds to Bank of America N.A.

e. Bank of America N.A. utilized debit processing services located in Colorado and Virginia to create accounts, load funds, and post payments for unemployment insurance debit cards. When a withdrawal was made from an account using a debit card, information was sent electronically to services in Colorado and Virginia to post a debit to the account.

f. The following businesses were fake businesses in the State of California: Super Cleaning Service, Latasha's Devining Cleaning Service, Beverly Company, Angel Clothing Store, Infinite Cleaning Service, Pressed Clothing, Charm Boutique, J&E Boutique, Gregory Anders Cleaning Service.

B. THE OBJECT OF THE CONSPIRACY

2. Beginning as early as in or about February 2013, and continuing to at least in or about July 2016, in Los Angeles and Riverside Counties, within the Central District of California, and

2

elsewhere, defendants CATRINA GIPSON, DONNA GIVENS, BIANKA LOGIE, VERNISHA JOLIVET, EVELYN TAYLOR, LARON TAYLOR, LATRICE TAYLOR, and RASCHELL TAYLOR, together with others known and unknown to the Grand Jury, knowingly conspired to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

C. <u>THE MANNER AND MEANS OF THE CONSPIRACY</u>

3. The object of the conspiracy was carried out, and to be carried out, in substance, as follows:

   a. Co-conspirators would register fake businesses with California EDD.

   b. Defendants GIVENS, LARON TAYLOR, and RASCHELL TAYLOR, and other co-conspirators, would open and/or maintain post office boxes responsible for receiving mail for the fake businesses.

   c. Defendants LOGIE, JOLIVET, and EVELYN TAYLOR, and other co-conspirators, would file claims for unemployment insurance in their own names, claiming unemployment from fake businesses created by co-conspirators, causing the funding of debit cards by California EDD.

   d. Co-conspirators would file claims for unemployment insurance in the names of other individuals, including incarcerated individuals, for unemployment insurance, claiming unemployment from fake businesses created by co-conspirators, causing the funding of debit cards by California EDD.

   e. Defendants GIPSON, GIVENS, LOGIE, JOLIVET, EVELYN TAYLOR, LARON TAYLOR, LATRICE TAYLOR, and RASCHELL TAYLOR, and other co-conspirators, would withdraw funds from the California EDD-funded debit cards that were in the name of other claimants.

4. In total, the defendants and their co-conspirators fraudulently obtained over $1,106,282.40 in unemployment insurance benefits.

D. OVERT ACTS

5. In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendants GIPSON, GIVENS, LOGIE, JOLIVET, EVELYN TAYLOR, LARON TAYLOR, LATRICE TAYLOR, and RASCHELL TAYLOR, together with other co-conspirators known and unknown to the Grand Jury, committed and willfully caused others to commit the following overt acts, among others, within the Central District of California and elsewhere:

### Super Cleaning Service

Overt Act No. 1: On September 1, 2013, defendant EVELYN TAYLOR filed a claim filed for unemployment benefits claiming that she was laid off from Super Cleaning Service, causing the funding of a debit card by California EDD ending in 1932.

Overt Act No. 2: On October 16, 2013, defendant EVELYN TAYLOR used the debit card ending in 1932 to purchase goods for personal use.

Overt Act No. 3: On May 21, 2014, defendant GIPSON withdrew $40 from Bank of America at a branch in Moreno Valley, using a debit card ending in 3641, which California EDD had funded pursuant to a false unemployment claim made in the name of C.E. stating that C.E. was laid off from Super Cleaning Service in 2014, when in fact, C.E. had been a prison inmate since 2009.

Overt Act No. 4: On June 30, 2016, defendant GIPSON possessed in her home correspondence from California EDD regarding unemployment insurance contributions required for Super Cleaning Service.

4

1    Overt Act No. 5:    On June 30, 2016, defendant LOGIE possessed
2  log-in credentials and employee-related information for Super
3  Cleaning Service in her home.

### Latasha's Devining Cleaning Service

5    Overt Act No. 6:    On September 29, 2015, defendant LOGIE filed
6  a claim for L.B. seeking unemployment benefits from California EDD
7  claiming that L.B. was laid off from Latasha's Devining Cleaning
8  Service in 2015, causing the funding of a debit card by California
9  EDD ending in 2342.

10   Overt Act No. 7:    On November 11, 2015, using the debit card
11 ending in 2342, defendant LOGIE withdrew $880 from Bank of America at
12 a branch in Moreno Valley, California.

13   Overt Act No. 8:    On November 25, 2015, using the debit card
14 ending in 2342, defendant LOGIE withdrew $100 from Bank of America at
15 a branch in Moreno Valley, California.

16   Overt Act No. 9:    On December 22, 2015, using the debit card
17 ending in 2342, defendant LOGIE withdrew $800 from Bank of America at
18 a branch in Moreno Valley, California.

19   Overt Act No. 10:   On January 26, 2015, using the debit card
20 ending in 2342, defendant LOGIE withdrew $200 from Bank of America at
21 a branch in Moreno Valley, California.

### Beverly Company

23   Overt Act No. 11:   On April 28, 2015, defendants RASCHELL
24 TAYLOR and GIVENS withdrew $900 from Bank of America at a branch in
25 Moreno Valley, California, using a debit card ending in 0691, which
26 California EDD had funded pursuant to a false unemployment claim,
27 made on February 16, 2015, in the name of D.L.M. stating that D.L.M.

was laid off from Beverly Company in December 2014, when in fact, D.L.M. had never been an employee of Beverly Company.

### Angel Clothing Store

Overt Act No. 12: On November 18, 2015, defendant GIVENS opened mailbox #223 at 9085 Mission Boulevard, Riverside, California 92509, which received mail for Angel Clothing Store.

Overt Act No. 13: On November 30, 2015, defendant JOLIVET filed a claim for unemployment benefits with California EDD claiming that she had been laid off from Angel Clothing Store, causing the funding of a debit card by California EDD ending in 2876.

Overt Act No. 14: On December 28, 2015, defendant JOLIVET withdrew $880 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 8383, which California EDD had funded pursuant to a false unemployment claim made on December 1, 2015, in the name of R.W. stating that R.W. was laid off from Angel Clothing Store in 2015, when in fact, R.W. had been a prison inmate since 2009.

Overt Act No. 15: On February 2, 2016, defendant JOLIVET withdrew $840 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 3504, which California EDD had funded pursuant to a false unemployment claim made on December 28, 2015, in the name of V.W. stating that V.W. was laid off from Angel Clothing Store in 2015, when in fact, V.W. had never been an employee of Angel Clothing Store.

Overt Act No. 16: On January 25, 2016, using the debit card ending in 8383, defendant JOLIVET withdrew $880 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 17:   On February 9, 2016, using the debit card ending in 8383, defendant JOLIVET withdrew $880 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 18:   On February 16, 2016, defendant JOLIVET withdrew $220 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 8276, which California EDD had funded pursuant to a false unemployment claim made on January 7, 2016, in the name of D.L.M. Jr. stating that D.L.M. Jr. was laid off from Angel Clothing Store in 2015, when in fact, D.L.M. Jr. had been a prison inmate since 2012.

    Overt Act No. 19:   On February 16, 2016, using the debit card ending in 3504, defendant JOLIVET withdrew $800 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 20:   On February 23, 2016, using the debit card ending in 8383, defendant JOLIVET withdrew $880 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 21:   On March 16, 2016, using the debit card ending in 8276, defendant JOLIVET withdrew $1,000 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 22:   On April 11, 2016, using the debit card ending in 8276, defendant JOLIVET withdrew $720 from Bank of America at a branch in Moreno Valley, California.

    Overt Act No. 23:   On May 17, 2016, defendant GIPSON withdrew $800 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 1589, which California EDD had funded pursuant to a false unemployment claim made on April 4, 2016, in the name of R.A. stating that R.A. was laid off from Angel Clothing Store

in March 2016, when in fact, R.A. had been a prison inmate between August 2010 and September 2016.

Overt Act No. 24: On May 17, 2016, defendant GIPSON withdrew $440 from a Bank of America at a branch in Moreno Valley, California, using a debit card ending in 2074, which California EDD had funded pursuant to a false unemployment claim made on April 4, 2016, in the name of A.P. stating that A.P. was laid off from Angel Clothing Store in 2016, when in fact, A.P. had been a prison inmate since 2002.

Overt Act No. 25: On May 19, 2016, defendant GIPSON withdrew $880 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 6131, which California EDD had funded pursuant to a false unemployment claim made on April 10, 2016, in the name of J.B. stating that J.B. was laid off from Angel Clothing Store in 2016, when in fact, J.B. had been a prison inmate since 2000.

### Infinite Cleaning Service

Overt Act No. 26: On November 10, 2014, defendant LARON TAYLOR registered Infinite Cleaning Service as a business entity with California EDD, which was, in fact, a fake business.

Overt Act No. 27: On February 10, 2015, defendant LATRICE TAYLOR sent by text message to a co-conspirator the name, address, Social Security number, date of birth, and California driver license information of N.J.

Overt Act No. 28: On September 2, 2015, defendant LARON TAYLOR opened a post office box, which was the mailing address on file for Infinite Cleaning Service with California EDD.

Overt Act No. 29: On September 28, 2015, defendant LATRICE TAYLOR received five images of correspondence from California EDD pertaining to N.J.'s unemployment benefits.

Overt Act No. 30: On January 19, 2016, defendant LATRICE TAYLOR withdrew $800 from Bank of America at a branch in Buena Park, California, using debit card ending in 5231, which California EDD had funded pursuant to a false unemployment claim made on September 15, 2016, in the name of N.J. stating that N.J. was laid off from Infinite Cleaning Service, when in fact, N.J. had never been an employee of Infinite Cleaning Service.

Overt Act No. 31: On February 21, 2016, defendant LARON TAYLOR withdrew $440 from Bank of America at a branch in Riverside, California, using a debit card ending in 8344, which California EDD had funded pursuant to a false unemployment claim made on February 3, 2016, in the name of T.W. stating that T.W. was laid off from Infinite Cleaning Service in December 2015, when in fact, T.W. had never been an employee of Infinite Cleaning Service.

Pressed Clothing

Overt Act No. 32: On November 3, 2015, defendant RASCHELL TAYLOR opened a post office box, which was the mailing address on file for Pressed Clothing Store with California EDD.

Overt Act No. 33: On February 27, 2016, defendant RASCHELL TAYLOR filed a claim for unemployment benefits with California EDD claiming that she had been laid off from Pressed Clothing Store, causing the funding of a debit card by California EDD ending in 8501.

Overt Act No. 34: On March 29, 2016, using the debit card ending in 8501, defendant RASCHELL TAYLOR withdrew $880 from Bank of America at a branch in Riverside, California.

Overt Act No. 35: On May 10, 2016, defendant RASCHELL TAYLOR withdrew $500 from Bank of America at a branch in Torrance, California, using a debit card ending in 6243, which California EDD

had funded pursuant to a false unemployment claim made on March 31, 2016, in the name of D.M. stating that D.M. was laid off from Pressed Clothing Store in January 2016, when in fact, D.M. had never been an employee of Pressed Clothing Store.

Overt Act No. 36: On July 6, 2016, using the debit card ending in 6243, defendant RASCHELL TAYLOR withdrew $800 from Bank of America at a branch in Inglewood, California.

Overt Act No. 37: On June 5, 2016, defendant RASCHELL TAYLOR conducted a balance inquiry from Bank of America at a branch in Eastvale, California, using a debit card ending in 9753, which California EDD had funded pursuant to a false unemployment claim made on April 11, 2016, in the name of R.F. stating that R.F. was laid off from Pressed Clothing Store in January 2016, when in fact, R.F. had never been an employee of Pressed Clothing Store.

Overt Act No. 38: On June 17, 2016, using the debit card ending in 9753, defendant RASCHELL TAYLOR withdrew $100 from Bank of America at a branch in Riverside, California.

## Charm Boutique

Overt Act No. 39: On April 7, 2016, defendant GIVENS opened a post office box, which was the mailing address for Charm Boutique.

Overt Act No. 40: On June 2, 2016, defendant EVELYN TAYLOR withdrew $780 from Bank of America at a branch in Inglewood, California, using debit card ending in 3277, which California EDD had funded pursuant to a false unemployment claim made on May 3, 2016, in the name of E.C. stating that E.C. was laid off from Charm Boutique in March 2016, when in fact, E.C. had been a prison inmate since June 1988,

Overt Act No. 41: On June 6, 2016, defendant LARON TAYLOR withdrew $760 from Bank of America at a branch in Riverside, California, using a debit card ending in 1640, which California EDD had funded pursuant to a false unemployment claim made on May 8, 2016, in the name of C.J. stating that C.J. was laid off from Charm Boutique in March 2016, when in fact, C.J. had been a prison inmate between February to May 2016.

Overt Act No. 42: On June 21, 2016, using the debit card ending in 1640, defendant LATRICE TAYLOR withdrew $760 from Bank of America at a branch in Inglewood, California.

Overt Act No. 43: On July 6, 2016, defendant GIVENS possessed a debit card ending in 1552, which California EDD had funded pursuant to a false unemployment claim made on May 8, 2016, in the name of K.H. stating that K.H. was laid off from Charm Boutique in April 1, 2016, when in fact, K.H. had been a prison inmate since 2005.

### J&E Boutique

Overt Act No. 44: On June 15, 2015, defendant EVELYN TAYLOR withdrew $600 from Bank of America at a branch in Inglewood, California, using a debit card ending in 1573, which California EDD had funded pursuant to a false unemployment claim made on April 23, 2015, in the name of D.W. stating that D.W. was laid off from J&E Boutique in April 2015, when in fact D.W. was never an employee of J&E Boutique.

Overt Act No. 45: On July 14, 2015, using the debit card ending in 1573, defendant RASCHELL TAYLOR withdrew $600 from a Bank of America at a branch in Inglewood, California.

Overt Act No. 46: On July 6, 2016, defendant GIVENS possessed a social security card and Arkansas state identification card in the

name of S.S., in whose name a false unemployment claim was made stating that S.S. was laid off from J&E Boutique, when in fact, S.S. was never an employee of J&E Boutique.

### Gregory Andrews Cleaning Service

<u>Overt Act No. 47</u>:   On May 25, 2016, defendant LOGIE withdrew $1,000 from Bank of America at a branch in Moreno Valley, California, using a debit card ending in 4329, which California EDD had funded pursuant to a false unemployment claim made on April 30, 2016 in the name of G.W. stating that G.W. was laid off from Gregory Andrews Cleaning Service in April 2016, when in fact, G.W. was never an employee of Gregory Andrews Cleaning Service.

<u>Overt Act No. 48</u>:   On June 6, 2016, using the debit card ending in 4329, defendant LOGIE withdrew $900 from Bank of America at a branch in Moreno Valley, California.

```
                    COUNTS TWO THROUGH NINE

                    [18 U.S.C. § 1028A(a)(1)]
```

6.  The Grand Jury realleges paragraphs 1, 3 and 4 of this Indictment here.

7.  On or about the dates set forth below, in Los Angeles and Riverside Counties, within the Central District of California, and elsewhere, the following defendants knowingly transferred, possessed and used, and willfully caused to be transferred, possessed, and used, without lawful authority, a means of identification that defendant knew belonged to another person, that is, the Bank of America debit card account number assigned to the following victims, during and in relation to Conspiracy to Commit Wire Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count One of the Indictment:

| COUNT | DATE | DEFENDANT | MEANS OF IDENTIFICATION |
|---|---|---|---|
| TWO | April 28, 2015 | GIVENS | Debit card assigned to D.L.M. |
| THREE | November 11, 2015 | LOGIE | Debit card assigned to L.B. |
| FOUR | December 28, 2015 | JOLIVET | Debit card assigned to R.W. |
| FIVE | January 19, 2016 | LATRICE TAYLOR | Debit card assigned to N.J. |
| SIX | February 21, 2016 | LARON TAYLOR | Debit card assigned to T.W. |

///

///

| COUNT | DATE | DEFENDANT | MEANS OF IDENTIFICATION |
|---|---|---|---|
| SEVEN | May 10, 2016 | RASCHELL TAYLOR | Debit card assigned to D.M. |
| EIGHT | May 17, 2016 | GIPSON | Debit card assigned to R.A. |
| NINE | June 2, 2016 | EVELYN TAYLOR | Debit card assigned to E.C. |

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
*Deputy Chief, Criminal Division For:*

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, International Narcotics,
   Money Laundering, and
   Racketeering Section

PUNEET V. KAKKAR
Assistant United States Attorney
Deputy Chief, International
   Narcotics, Money Laundering,
   and Racketeering Section